```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JAMES D. LAX, :
:
Plaintiff, :
-v- :
: 1:24-cv-4249-GHW
:
MONARCH LIFE INSURANCE COMPANY, :
: ORDER
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record at the July 3, 2024 conference, Defendant's motion to dismiss is due July 17, 2024. Plaintiff's opposition is due within three weeks of the date of service of Defendant's motion. Defendant's reply, if any, is due within one week of the date of service of Plaintiff's opposition.

SO ORDERED.

Dated: July 3, 2024

_____
GREGORY H. WOODS
United States District Judge