```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                      :

JAMES D. LAX,                                 :

                                 Plaintiff,      :            1:24-cv-4249-GHW

                                                      :

                         -v –                            :             <u>ORDER</u>

                                                      :

MONARCH LIFE INSURANCE COMPANY,   :

                                                      :

                                Defendant.    :

                                                      :
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

    As stated on the record during the August 5, 2024 conference, Defendant is ordered to answer the complaint with respect to those claims that are not subject to Defendant's pending motion to dismiss no later than August 26, 2024.

    SO ORDERED.

Dated: August 5, 2024

                                                 _____
                                                          GREGORY H. WOODS
                                                        United States District Judge