**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JAMES D. LAX,

              Plaintiff,

              -against-

MONARCH LIFE INSURANCE COMPANY,

              Defendant.

------------------------------------------------------------x

24-CV-4249 (GHW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a telephonic preliminary settlement conference in this action on January 21, 2025. The parties are directed to meet and confer and file a joint letter on the docket by **January 27, 2025**, identifying three dates and times during the weeks of **March 3, 2025**, and **March 11, 2025**, when the parties and their counsel are available for an in-person Settlement Conference.

      **SO ORDERED.**

Dated: January 21, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge